IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRI FROST,

       Appellant,

v.

YOUNG ANIMAL HOSPITAL/
HARTFORD,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1034

Opinion filed October 6, 2015.

An appeal from an order of the Judge of Compensation Claims.
Robert L. Dietz, Judge.

Date of Accident: December 19, 2012.

Charles H. Leo of the Law Offices of Charles H. Leo, P.A., Orlando, and Richard W. Ervin, III of Fox & Loquasto, P.A., Tallahassee, for Appellant.

H. George Kagan of Miller, Kagan, Rodriguez & Silver, P.L., West Palm Beach, for Appellee.

PER CURIAM.

       AFFIRMED.

RAY, OSTERHAUS, and WINOKUR, JJ., CONCUR.